# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 09-172 (MJD/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| (18) Hao Thi Doan, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation of Magistrate Judge Susan Richard Nelson dated October 13, 2010, recommending denial of the Defendants' respective motions to suppress evidence obtained as a result of a search. No objections to the Report and Recommendation have been filed within the requisite time period.

Based on the foregoing, and all the files, records and proceedings herein, IT IS HEREBY ORDERED that:

Defendant Hao Thi Doan's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 577) is **DENIED**.

Dated: December 9, 2010

                                                 s/Michael J. Davis
                                                 MICHAEL J. DAVIS
                                                 Chief Judge
                                                 United States District Court